FUSCO & MACALUSO, P.A.
150 Passaic Avenue
P.O. Box 838
Passaic, New Jersey 07055
973-779-1163
Attorneys for Defendant,
Vickie Dantell

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| UNITED STATES, | : | CRIMINAL NUMBER 2:07-CR-489(PGS) |
|---|---|---|
| Plaintiff, | : | HON. PETER G. SHERIDAN, U.S.D.J. |
| v. | : | |
| VICKIE DANTELL, | : | |
| Defendant. | : | **CONSENT ORDER** |

This matter having been brought before the Court before the Honorable Peter G. Sheridan, U.S.D.J., by the law firm of Fusco & Macaluso P.A., attorneys for defendant, Vickie Dantell, for an Order modifying Defendant's bail conditions to allow Ms. Dantell to travel to Florida from Tuesday, May 20, 2008 through Thursday, May 29, 2008 to visit with family, and with Assistant United States Attorney Erez Liebermann, Esq., having consented thereto, and Michele Dwyer, Pretrial Services Office, having consented to this application; and with good cause being shown:

IT IS on this _____ day of _____, 2008,

ORDERED that Defendant be allowed to travel to and from Florida to visit with family from Tuesday, May 20, 2008 through Thursday, May 28, 2008, and to stay at a family residence, the details of which have been provided to Pretrial Services; and,

IT IS FURTHER ORDERED that all other previously imposed terms of Pretrial Release shall remain in full force and effect.

ORDERED that a copy of this order shall be served upon all parties within  2  days.

_____
Hon. Peter G. Sheridan, U.S.D.J.