FUSCO & MACALUSO, P.A.
150 Passaic Avenue
P.O. Box 838
Passaic, New Jersey 07055
973-779-1163
Attorneys for Defendant,
Vickie Dantell



Denied

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES, | : | CRIMINAL NUMBER 2:07-CR-489(PGS) |
| Plaintiff, | : | HON. PETER G. SHERIDAN, U.S.D.J. |
| v. | : | |
| VICKIE DANTELL, | : | |
| Defendant. | : | CONSENT ORDER |

This matter having been brought before the Court before the Honorable Peter G. Sheridan, U.S.D.J., by the law firm of Fusco & Macaluso P.A., attorneys for defendant, Vickie Dantell, for an Order:

> Modifying Defendant's bail conditions to allow Ms.
> Dantell to travel subject to prior notification to and
> approval of any proposed future travel by a
> representative of the Pretrial Services Office;

and with Assistant United States Attorney Erez Liebermann, Esq., having consented thereto, and Michele Dwyer, Pretrial

Services Office, having consented to this application; and with good cause being shown:

IT IS on this _____ day of _____, 2009,

ORDERED that Ms. Dantell shall be allowed to travel subject to prior notification to and approval of any proposed future travel by a representative of the Pretrial Services Office;

IT IS FURTHER ORDERED that all other previously imposed terms of Pretrial Release shall remain in full force and effect.

ORDERED that a copy of this order shall be served upon all parties within _____ days.

                               Hon. Peter G. Sheridan, U.S.D.J.

I hereby consent to the
Form and entry of this Order

_____
Erez Liebermann, Esq.

Dated: September/~~October~~ 30, 2009