# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>VICKI DANTELL,<br><br>   Defendant. | Civil Action No.: 07-489 (PGS)<br><br><br>**ORDER** |

  This matter comes before the Court on Defendant's motion to dismiss the Information for lack of speedy trial, and the Court having considered the briefs and arguments of the parties, and for the reasons set forth on the record,

  IT IS, on this 8th day of April, 2010,

  ORDERED that Defendant's motion is denied.

April 8, 2010

                    PETER G. SHERIDAN, U.S.D.J.