PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Vicki Dantell

Cr.: 07-00489-001
PACTS Number: 45425

Name of Sentencing Judicial Officer: Honorable Peter G. Sheridan, U.S.D.J

Date of Original Sentence: 04/06/10

Original Offense: Conspiracy to Commit Wire Fraud

Original Sentence: 4 years Probation, Restitution $29,998

Type of Supervision: Probation

Date Supervision Commenced: 04/06/10

## PETITIONING THE COURT

[ ] To extend the term of supervision for         Years, for a total term of         Years.
[X] To modify the conditions of supervision as follows. The removal of the following special condition(s):

**DRUG TESTING AND TREATMENT**

You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse.

## CAUSE

The offender completed outpatient drug treatment at St. Michael's Medical Center in March 2007. Since the commencement of supervision, the offender has submitted to drug testing with negative results.

Respectfully submitted,

By: Elisa Martinez
U.S. Probation Officer
Date: 10/08/10

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

10/18/10
_____
Date